# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:15-cv-504

| | |
|---|---|
| CHRISTOPHER BORDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LIBERTY LIFE ASSURANCE COMPANY ) | |
| Of BOSTON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on John W. Sulau's Application for Admission to Practice *Pro Hac Vice* of Robert M. Wood. It appearing that Robert M. Wood is a member in good standing with the South Carolina State Bar and will be appearing with John W. Sulau, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John W. Sulau's Application for Admission to Practice Pro Hac Vice (#11) of Robert M. Wood is **GRANTED**,

and that Robert M. Wood is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with John W. Sulau.

Signed: February 17, 2016

Dennis L. Howell
United States Magistrate Judge